IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TRACY WRIGLEY, a/k/a POKO PRODUCTS, ) ) ) | |
| Plaintiff, ) ) | |
| vs ) | CIVIL ACTION NO. ~~01-C-0699-W~~ CV-01-C-2086-S |
| ) | |
| MAXTRAX, INC., a/k/a WHALEN 2, INC., and DAVID WHALEN, et al, ) ) ) | ENTERED |
| Defendants. ) | JUL 7 2003 |

FILED
03 JUL -7 AM 10: 30
U.S. DISTRICT COURT
N.D. OF ALABAMA

MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, judgment is due to be entered in favor of plaintiff Tracy Wrigley and against defendants Maxtrax, Inc.; a/k/a Whalen 2, Inc.; and David Whalen, jointly and severally, in the amount of $469,718.00. An appropriate judgment will be entered.[1]

DONE this 3d day of July, 2003.

U. W. Clemon
Chief United States District Judge

_____

[1] The claims against the remaining defendants are to remain pending.

